UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. SMITH, | No. C 10-1839 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JACK VOGNSEN, Ph.D., | |
| Defendant. / | |

This action is dismissed without prejudice to plaintiff filing a new civil rights action if his civil commitment is ever set aside.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 27, 2010

_____
SUSAN ILLSTON
United States District Judge